AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

US REAL ESTATE LIMITED PARTNERSHIP and GILBANE BUILDING COMPANY
Plaintiff

COLONIAL AMERICAN CASUALTY & SURETY COMPANY
Defendant

CA 08 301 ML
Civil Action No.

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Colonial American Casualty & Surety Company, through the Department of Business Regulations, Insurance Commissioner, 1511 Pontiac Avenue, Cranston, Rhode Island

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John T. Walsh, Jr.,/Lawrence P. McCarthy, III,
Higgins, Cavanagh & Cooney, 123 Dyer Street,
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 8-5-08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 8-6-08, by:

(1) personally delivering a copy of each to the individual at this place, ______________________ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________ ; or

(4) returning the summons unexecuted to the court clerk on ______________ ; or

(5) other *(specify)* To Colonial American Casualty & Surety Co Through The Dept. of Bus. Regulation, Ins. Commission, 1511 Pontiac Ave, Cran. RI.

My fees are $ ________ for travel and $ 45. for services, for a total of $ 45.

Date: 8-6-08

[signature] Frederick J. McCarthy
Server's signature

Frederick J. McCarthy
Printed name and title
Federal Process Server.

28 Hillside Dr. Warwick, RI
Server's address