UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

U.S. REAL ESTATE LIMITED PARTNERSHIP

v.  CA 08-301 ML

COLONIAL AMERICAN CASUALTY AND
SURETY COMPANY, et al.

MEMORANDUM AND ORDER

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Almond on March 30, 2010. The Magistrate Judge recommends that Defendant Rush's Motion for Declaratory Judgment and to Dismiss be denied. No party has filed an objection to the Report and Recommendation, and the time for doing so has passed. This Court has reviewed the Report and Recommendation de novo, and determined that the Motion should be, and it is, hereby DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
May 6 , 2010